IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50639
Conference Calendar
_____

DALJIT S. JANDU,

                                        Plaintiff-Appellant,

versus

NATIONAL SCIENCE FOUNDATION;
IMMIGRATION AND NATURALIZATION SERVICE,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A:97-CV-911
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Daljit Jandu appeals the district court's order dismissing his civil lawsuit premised on federal-question jurisdiction and imposing $1,000 in sanctions. Jandu, however, has not identified any error on the part of the district court in his initial brief on appeal. He has failed to brief the only two issues arguably on appeal, that is, whether the district court erred either in

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dismissing his suit or in imposing sanctions. Jandu has presented nothing for this court to review. His appeal is frivolous and is therefore DISMISSED. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987); 5TH CIR. R. 42.2. We warn Jandu that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Jandu is cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous. Finally, Jandu's motion to expedite his appeal and his motion for decision support are DENIED.

MOTIONS DENIED; APPEAL DISMISSED; SANCTIONS WARNING ISSUED.